GLORIA DICHELLO HALL, EXECUTRIX (ESTATE OF
JOHN F. DICHELLO) *v.* DICHELLO
DISTRIBUTORS, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 6 Conn. App. 530, is denied.

*Karen Fox Tross,* in support of the petition.

*John C. Yavis, Jr.,* and *George A. Dagon, Jr.,* in opposition.

Decided June 18, 1986

RICHARD KNAPP *v.* INLAND WETLANDS COMMISSION
OF THE TOWN OF PROSPECT

The defendant's petition for certification for appeal from the Appellate Court, 7 Conn. App. 283, is denied.

*Kevin M. Doyle,* in support of the petition.

*Thomas W. Calkins,* in opposition.

Decided June 18, 1986

STATE OF CONNECTICUT *v.* H. EARL WATERMAN, JR.

The defendant's petition for certification for appeal from the Appellate Court, 7 Conn. App. 326, is denied.

*Sally S. King,* in support of the petition.

*John M. Massameno,* assistant state's attorney, in opposition.

Decided June 18, 1986